UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILBERT INGRAM IV,

                Plaintiff,

– against –

QUEENS COUNTY THE CITY OF NEW YORK,

                Defendant.

**ORDER**

22 Misc. 147 (ER)

RAMOS, D.J.:

    Whereas Plaintiff filed this pro se action as a purported miscellaneous case (Doc. 1);

    Whereas Plaintiff's complaint asserts claims for damages and injunctive relief (*id.*);

    Whereas Plaintiff's complaint does not fit any of the listed categories of miscellaneous matter;

    The Clerk of Court is respectfully directed to:

1. Open this case as a new civil action and assign the case to the Undersigned's docket.
2. Administratively close this miscellaneous case.
3. Mail a copy of this order to the Plaintiff.

    SO ORDERED.

Dated:   June 16, 2022
           New York, New York

                                                    Edgardo Ramos, U.S.D.J.